ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :
                                   :     MISDEMEANOR INFORMATION
        - v. -                     :
                                   :     07 Cr.
ANNETTE JOHNSON,                   :
                                   :     07 CRIM. 1137
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1. On or about May 2, 2007, in the Southern District of New York, ANNETTE JOHNSON, the defendant, unlawfully, wilfully, and knowingly did embezzle, steal, purloin, and convert to her own use and the use of another, and without authority, did sell, convey and dispose of any record, voucher, money and thing of value of the United States and of a department or agency thereof, to wit, JOHNSON withdrew money from a bank account that she controlled knowing that the money represented Social Security benefits that were not intended for her and that did not belong to her.

(Title 18, United States Code, Section 641.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED]