# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Paul E. Davison
Attorney-in-Charge
White Plains

April 28, 2008

Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
Southern istrict of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Annette Johnson**
      **07 Cr. 1137 (LMS)**

Dear Judge Smith:

In sentencing Ms. Johnson this morning, this Court adopted an error in the Sentencing Recommendation page of the Presentence Report and announced a statutory assessment of $ 100.

As is set forth correctly in ¶ 69 of the Presentence Report, the statutory assessment amount in this misdemeanor case, pursuant to 18 U.S.C. § 3013(a)(1)(A)(iii), is **$ 25.**

I have discussed this matter with the Government and with the defendant, and we respectfully request that the Court simply issue a judgement which reflects the correct statutory assessment of $ 25 and "So Order" a copy of this letter in order to correct the record.

Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

cc:   Sarah Krissof, Esq.
      Assistant United States Attorney

      Dianne Plummer         **SO ORDERED:**
      United States Probation

                             Hon. Lisa Margaret Smith
                             U.S.M.J.
                             4/28/08